IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03 CR 216-2-W

UNITED STATES OF AMERICA,

v.

WILLIAM FRANKLIN PHILLIPS,

    Defendant.

ORDER

**THIS MATTER** is before the Court upon the Defendant's "Motion to Modify Conditions of Pretrial Release" (document #35) filed on July 13, 2006. The Defendant's Pretrial Services Officer does not object to the proposed modification, which allows the Defendant to travel from July 24 through July 30, 2006 on a family vacation, that is, on an ocean cruise that makes one stop outside the United States (in the Bahamas). Accordingly, the Motion is **GRANTED** and the conditions of the Defendant's pretrial release are **MODIFIED** to permit the requested travel.

The Clerk is directed to send copies of this Order to counsel for the Defendant; to Assistant United States Attorney Joshua B. Howard; and to United States Pretrial Services Officer Glynis Eaton.

**SO ORDERED.**

Signed: July 14, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge